ACCEPTED
03-14-00693-CV
3795023
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/16/2015 10:58:06 AM
JEFFREY D. KYLE
CLERK

## No. 03-14-00693-CV

**In the Third Court of Appeals**
**Austin, Texas**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/16/2015 10:58:06 AM
JEFFREY D. KYLE
~~Clerk~~

**CITY OF NEW BRAUNFELS, TEXAS, JAN KOTYLO, in her official capacity, PAT CLIFTON, in his official capacity, and FRITZ WELSCH, in his official capacity**

*Appellants,*

v.

**JOSEPH TOVAR,**

*Appellee.*

APPEAL FROM CAUSE NO. C2014-0928A
22ND JUDICIAL DISTRICT COURT OF COMAL COUNTY, TEXAS
HONORABLE DIBRELL W. WALDRIP

**APPELLANTS' UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF IN RESPONSE TO APPELLEE'S BRIEF**

Bettye Lynn
State Bar No. 11540500
Lynn, Ross & Gannaway, LLP
306 West Broadway Avenue
Fort Worth, Texas 76104
817.332.8505 (Telephone)
817.332.8548 (Facsimile)
lynn@laborcounsel.net

Valeria M. Acevedo
State Bar No. 00798020
City of New Braunfels, Texas
424 South Castell Avenue
New Braunfels, Texas 78130
830.221.4281 (Telephone)
830.626.5578 (Facsimile)
vacevedo@nbtexas.org

ATTORNEYS FOR APPELLANTS

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellants, The City of New Braunfels, Texas, Jan Kotylo, in her official capacity, Pat Clifton, in his official capacity and Fritz Welsch, in his official capacity (hereinafter referred to as "Appellants"), pursuant to Rule 51 of the Texas Rules of Appellate Procedure, file this, their Unopposed First Motion for Extension of Time to File Appellants' Reply Brief in Response to Appellee's Brief, and show as follows:

1.     Appellants' Reply Brief in response to Appellee's brief is due to be filed on or before Monday, Janauary 26, 2015.  Appellants request an extension of time until Wednesday, February 4, 2015 to file their brief, an extension of nine (9) days.

2.     Bettye Lynn, counsel for Appellants, has conferred with counsel for Appellee, Mr. Chad Hyde, who has agreed to an extension of time to Wednesday, February 4, 2015.

3.     The 22nd Judicial District Court of Comal County, Texas signed an order on October 23, 2014 in the matter styled *Joseph Tovar v. City of New Braunfels, et al,* Cause No. C2014-0928A, denying all of Appellants' defenses to the lawsuit filed by Appellee, and granting Appellee declaratory mandamus and injunctive relief.

4.     Appellants filed a Notice of Appeal on November 3, 2014.

1

5. Appellants filed their Brief on the Merits on December 10, 2014.

6. Appellee filed his Response Brief on January 6, 2015.

7. Ms. Lynn needs this additional time to file Appellants' Reply Brief as she is scheduled to be lead counsel in two separate arbitration trials within the next two weeks. In order to adequately represent all of her clients for each of the hearings, scheduled prior to the establishment of the deadline herein, and to adequately prepare this Reply Brief, Ms. Lynn requests a nine (9) day extension of time of the deadline in which to file Appellants' Reply Brief.

For the foregoing reasons, Appellants, CITY OF NEW BRAUNFELS, TEXAS, JAN KOTYLO, in her official capacity, PAT CLIFTON, in his official capacity, and FRITZ WELSCH, in his official capacity, request that this Honorable Court grant Appellants this unopposed extension of time until Wednesday, February 4, 2015, to file their Reply Brief, an extension of 9 days from the original due date.

Respectfully submitted,


*/s/ Bettye Lynn*
Bettye Lynn
State Bar No. 11540500
**LYNN, ROSS & GANNAWAY, LLP**
306 West Broadway Avenue
Fort Worth, Texas 76104
Telephone:  (817) 332-8505
Facsimile:   (817) 332-8548
Lynn@laborcounsel.net

Valeria M. Acevedo
State Bar No. 00798020
**CITY OF NEW BRAUNFELS**
424 South Castell Avenue
New Braunfels, Texas 78130
Telephone:  (830) 221-4281
Facsimile:   (830) 626-5578
VAcevedo@nbtexas.org

## CERTIFICATE OF CONFERENCE

Counsel for Appellants, Bettye Lynn, has discussed this requested extension of time with counsel for Appellee, Mr. Chad Hyde. Counsel for Appellee has responded that Appellee is unopposed to this requested extension of time until February 4, 2015.

*/s/ Bettye Lynn*
Bettye Lynn

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties, which are listed below on this the 16th day of January, 2015, as follows:

*By Electronic Service*

Chad R. Hyde
State Bar No. 24046130
Texas Municipal Police Association
6200 La Calma Drive, Suite 200
Austin, Texas 78752
512.454.8900 (Telephone)
512.454.8860 (Facsimile)
chad.hyde@tmpa.org

Randal C. Doubrava
State Bar No. 0602990
Texas Municipal Police Association
6200 La Calma Drive, Suite 200
Austin, Texas 78752
512.454.8900 (Telephone)
512.454.8860 (Facsimile)
randy.doubrava@tmpa.org

*/s/ Bettye Lynn*
Bettye Lynn